## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN SECTION OF TENNESSEE
## AT KNOXVILLE

THOMAS GIRDLESTONE,                    )
                                       )
    Plaintiff,     )
                                       )
v.                                     )    Civil No.: 3:09-CV-530
                                       )    Phillips/Shirley
                                       )
                                       )
ACE LIMITED, a/k/a ACE GROUP &         )
ACE WESTCHESTER, d/b/a ILLINOIS        )
UNION INSURANCE,                       )
                                       )
    Defendants.    )

## AGREED ORDER
## ON JOINT STIPULATED MOTION

It appearing from the Joint Stipulated Motion filed by counsel for both the

Plaintiff and the Defendant in this cause that the Plaintiff is hereby granted a twenty-one

(21) day extension from Monday, January 25, 2010 in order to Reply to the Defendant's

Motion to Dismiss.

IT IS SO ORDERED.

Entered, this _25th_ day of _JAN_, 2010.

_Thomas H. Phillips_

THE HONORABLE THOMAS PHILLIPS