UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| THOMAS GIRDLESTONE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-530 |
| | ) | Phillips/Shirley |
| ILLINOIS UNION INSURANCE CO., | ) | |
| Defendant. | ) | |

## SHOW CAUSE ORDER

Defendant Illinois Union Insurance Company filed a motion to dismiss this action with prejudice on December 23, 2010. [Doc. 27.] Plaintiff Thomas Girdlestone moved for and was granted an extension of time to file his response to said motion, up to and including May 23, 2011. [Docs. 30, 37.] Plaintiff has not filed a response. Plaintiff is hereby **ORDERED** to **SHOW CAUSE** in writing on or before **November 11, 2011,** as to why this action should not be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge