## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

THOMAS GIRDLESTONE,                          )
                                             )
     Plaintiff,                            )
                                             )
          v.                            )   **Civil No. 3:09-CV-530**
                                             )   **Phillips/Shirley**
ACE LIMITED, a/k/a ACE GROUP &               )
ACE WESTCHESTER, d/b/a ILLINOIS              )
UNION INSURANCE[1]                           )
                                             )
     Defendants.                           )

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Thomas

Girdlestone, hereby DISMISSSES WITHOUT PREJUDICE the above entitled and captioned action.

Each party will bear their own attorney's fees and discretionary costs.

Respectfully submitted, this the 8th day of November 2011.

Thomas Girdleston, *Pro Se*
201 Perimeter Park Drive, Suite A
Knoxville, TN 37922
(865) 740-2493

/s/
Robert L. Bowman (BPR # 017266)
Betsy J. Beck (BPR #022863)
Kramer Rayson LLP
Post Office Box 629
Knoxville, TN 37901-0629
(865) 525-5134
(Attorney for Defendant)

Gregory W. Brown
(NC BAR # 26238 /VA Bar # 36369)
Jessica C. Tyndall
(NC BAR # 28745/SC Bar # 76427)
Brown Law LLP
5410Trinity Road, Suite 116
Raleigh, North Carolina 27607
(attorney for defendant/*admitted pro hac vice motions*

---

[1] Pursuant to this Honorable Court's Order dated August 25, 2010 (R. 24), Illinois Union Insurance Company has been
substituted for ACE Limited as the proper party defendant.